| | |
|---|---|
| THE UNITED STATES DISTRICT COURT<br>DISTRICT OF UTAH ||
| ELIZABETH BARRETT and DANIEL BARRETT,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and ETHICON, INC.,<br><br>Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:22-cv-00154-RJS-JCB<br><br>Chief District Judge Robert J. Shelby |

IT IS HEREBY STIPULATED AND AGREED, by and through their undersigned counsel, pursuant to their settlement agreement, that Plaintiff's claims shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal rules of Civil Procedure, each party to bear its own costs and fees.

**TURNBULL HOLCOMB & LEMOINE**

*/s/ M. Alan Holcomb*
Counsel for Plaintiff
945 East Paces Ferry Rd, NE Ste 2275
Atlanta, GA 30326
ph: (404) 793-2566
fax: (205) 848-6300
aholcomb@turnbullfirm.com

**GREENBERG TRAURIG, LLP**

/s/*Lauren E. H. DiFrancesco*
Counsel for Defendants
222 South Main Street, Suite 1730
Salt Lake City, UT 84101
ph: (801) 478-6924
fax: (801) 649-0994
lauren.difrancesco@gtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or Parties who are not authorized to receive Notices of Electronic Filing.

*/s/ M. Alan Holcomb*
M. ALAN HOLCOMB